UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-CV-30244

| | |
|---|---|
| MELVIN JONES,<br>    Plaintiff,<br><br>v.<br><br>CITY OF SPRINGFIELD<br>OFFICER JEFFREY M. ASHER<br>OFFICER MICHAEL J. SEDERGREN<br>OFFICER THEODORE TRUIOLO<br>LIEUTENANT JOHN M. BOBIANSKI<br>SERGEANT BRIAN MANLEY<br>SERGEANT CHRISTOPHER HITAS<br>POLICE COMMISSIONER WILLIAM<br>J. FITCHET,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **LIST OF EXHIBITS**

| | |
|---|---|
| Exhibit 1 | Deposition of William Fitchet |
| Exhibit 2 | Deposition of Edward Flynn |
| Exhibit 3 | Deposition of Paula Meara |
| Exhibit 4 | Deposition of Jeffery Asher |
| Exhibit 5. | Deposition of Michael Sedergren |
| Exhibit 6 | Deposition of Theodore Truiolo |
| Exhibit 7 | Deposition of John Bobianski |
| Exhibit 8 | Deposition of Catherine Bennett |
| Exhibit 9 | Deposition of Brian Manley |
| Exhibit 10 | Deposition of Christopher Hitas |
| Exhibit 11 | Deposition of Trynisha Green |

| | |
|---|---|
| Exhibit 12 | SPD- Statement of Macanthony Mack |
| Exhibit 13 | FBI-Statement of Macanthony Mack |
| Exhibit 14 | Medical Report of George M. Dominiak, MD |
| Exhibit 15 | Defendant Sedergren's IIU Summary |
| Exhibit 16 | Fitness for Duty Report: Defendant Sedergren- November 9, 2006 |
| Exhibit 17 | FBI-Statement of Malika Barnett |
| Exhibit 18 | Photograph of Melvin Jones |
| Exhibit 19 | Photograph of Melvin Jones |
| Exhibit 20 | Photograph of Melvin Jones |
| Exhibit 21 | Affidavit of Thomas Aveni |
| Exhibit 22 | Police Use of Metal Flashlights as Weapons: An Analysis of Relevant Problems, Terry C. Cox, Jerry S. Faughn and William M. Nixon |
| Exhibit 23 | Brutality Worries Shrink Police Flashlights Philadelphia Police Will Get New, Small Ones: They're Powerful, Police Say, But Useless As Weapons, Jeff Gammage. |
| Exhibit 24 | Veterans Center Report, March 9, 2010 |
| Exhibit 25 | FBI Enhanced Audio/Video, Case ID#282A-BS-102135 |
| Exhibit 26 | SPD Enhanced Video of Jones's beating – November 27, 2009 |
| Exhibit 27 | Rampion "Enhancement of Full Video Footage." |
| Exhibit 28 | Rampion "Audio Enhancement of Video Footage." |