# United States District Court

## District of Massachusetts

**MELVIN JONES,**

PLAINTIFF

v.

**CIVIL ACTION NO.**
3:10-cv-30244-MAP

**CITY OF SPRINGFIELD, ET AL**

DEFENDANTS

---

### MUNICIPAL DEFENDANTS'
### MOTION FOR SUMARY JUDGMENT
### AS TO COUNTS III, IV, V, VI, XII, XVI AND XV OF
### THE PLAINTIFF'S AMENDED COMPLAINT

---

Now come the Defendants CITY OF SPRINGFIELD and WILLIAM FITCHET, in the above captioned case, and move this honorable court to in enter Summary Judgment pursuant to Fed. R. Civ. P. 56.

As grounds therefore, the Defendants state that there are no genuine issues of material fact in dispute as to these counts and the Defendants and entitled to judgment as a matter of law..

In support thereof, Defendants have submitted a memorandum of law and supporting Exhibits.

### CONCLUSION
Wherefore, the Defendants respectfully request that the Court allow this motion.

*ALLOWED as to Count XV, otherwise DENIED, without prejudice. So ordered.*

*Michael A. Ponsor USDJ*

*3·20·12*